■ In the Matter of MEHMET O. DOLUNAY, Appellant, v GERALD SEGAL et al., Respondents. (Appeal No. 1.)—Order unanimously affirmed without costs for the reasons stated at Supreme Court, Shaheen, J. (Appeal from order of Supreme Court, Oneida County, Shaheen, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.

■ MEHMET O. DOLUNAY, Appellant, v GERALD SEGAL et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed with costs for the reasons stated at Supreme Court, Shaheen, J. Motion to discontinue appeal against defendant Picker International, Inc. denied as moot. (Appeal from order of Supreme Court, Oneida County, Shaheen, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.